Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Elliot Howard Gourvitz
Debtor

                                    Case No.: 05−25397−NLW
                                    Chapter 7

Barry McTiernan & Moore
Plaintiff

v.

Elliot Howard Gourvitz
Defendant

Adv. Proc. No. 05−02522−NLW                       Judge: Novalyn L. Winfield

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on November 14, 2006, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 11
Opinion Filed: (related document:[11] Motion For Summary Judgment RE: dismissing plaintiff's complaint in favor of defendant and . filed by Defendant Elliot Howard Gourvitz).. The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney Signed on 11/14/2006. (dlr,)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 14, 2006
JJW: dlr

                                                                    James J. Waldron
                                                                    Clerk